UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ROBERT VON MERTA,
    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,
    Defendants.
_____/

No. C 09-0753 PJH MED

**ORDER GRANTING REQUEST FOR DEFENDANTS FONG, HENNESSY, HARRIS AND FORMAN TO BE EXCUSED FROM ATTENDING THE MEDIATION SESSION**

Date:    April 2, 2010
Mediator:  Gail Killefer

IT IS HEREBY ORDERED that the request for defendants former Chief of Police Heather Fong, Sheriff Michael Hennessy, District Attorney Kamala Harris and Assistant District Attorney Rick Forman to be excused from attending the April 2, 2010 mediation session before Gail Killefer is GRANTED.

IT IS SO ORDERED.

March 24, 2010        By:        /s/ Elizabeth D. Laporte
Dated                                              Elizabeth D. Laporte
                                                  United States Magistrate Judge