1  Matthew J. Witteman (SBN 142472)
2  LAW OFFICES OF MATTHEW J. WITTEMAN
   582 Market Street, Suite 1007
3  San Francisco, CA  94104
   (415) 362-3106 (tel), (415) 362-3316(fax)
4  mattjwitt@sbcglobal.net
5
   ATTORNEYS FOR PLAINTIFF
6  Robert Von Merta

7                     UNITED STATES DISTRICT COURT

8

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 
                                    | DISCOVERY MATTER
12 ROBERT VON MERTA,                 |
                                     | No. CV 09 0753 PJH
13        Plaintiff,                 |
                                     | ADMINISTRATIVE MOTION -
14    v.                             | LOCAL RULE 7-11
15 CITY AND COUNTY OF SAN            |
   FRANCISCO, SAN FRANCISCO          | ORDER MODIFYING DISCOVERY
16 POLICE DEPARTMENT, HEATHER        | ORDER
   FONG, SAN FRANCISCO SHERIFF'S     |
17 DEPARTMENT, MICHAEL               | Date: TBD
   HENNESSEY, SAN FRANCISCO          | Time: TBD
18 DISTRICT ATTORNEY'S OFFICE,       | CR:   A, 15th Floor
   KAMALA HARRIS, RICK               | Judge: Mag. Joseph C. Spero
19 FOREMAN,  and DOES 1-200.
20        Defendants.
21

22        Having considered plaintiff Robert Von Merta's Motion to Discovery Order and file
23 Document under seal.
24        IT IS HEREBY ORDERED that said motion is granted and the court directs the parties a)
25 to lodge and not file their joint letter brief on the continuation of plaintiff Robert Von
26 ///
27 ///
28 ///

---

MOTION TO MODIFY DISCOVERY ORDER AND FILE DOCUMENT                                    1

1 | Merta's deposition, and b) to appear for a hearing on this matter on _____ at
2 | _____.
3 | DATED: 06/23/10
4 | _____
  | Honorable
5 | Magistrate Judge

**DENIED WITHOUT PREJUDICE**

Judge Joseph C. Spero

---

MOTION TO MODIFY DISCOVERY ORDER AND FILE DOCUMENT          2