```
 1  Matthew J. Witteman (SBN 142472)
    LAW OFFICES OF MATTHEW J. WITTEMAN
 2  582 Market Street, Suite 1007
 3  San Francisco, CA 94104
    (415) 362-3106 (tel), (415) 362-3316(fax)
 4  mattjwitt@sbcglobal.net
 5
    ATTORNEYS FOR PLAINTIFF
 6  Robert Von Merta
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VON MERTA, | No. CV 09 0753 PJH |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, HEATHER FONG, SAN FRANCISCO SHERIFF'S DEPARTMENT, MICHAEL HENNESSEY, SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE, KAMALA HARRIS, RICK FOREMAN, and DOES 1-200. | REQUEST TO TAKE MOTION OFF CALENDAR; NOTICE OF POSSIBLE SETTLEMENT |
| Defendants. | |

Plaintiff hereby requests that his motion to amend his complaint, currently scheduled for August 18, 2010, be taken off calendar. Plaintiff similarly notifies the court of possible settlement of this matter.

DATED: 8/16/10

LAW OFFICES OF MATTHEW J. WITTEMAN

By: _____
Matthew J. Witteman
ATTORNEYS FOR PLAINTIFF

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

Motion at docket #85 is withdrawn and terminated

REQUEST TO TAKE MATTER OFF CALENDAR, ETC.                                                  1