**United States District Court**
For the Northern District of California

1

2

3

4

5                      UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8

9   ROBERT VON MERTA,

10          Plaintiff,                          No. C 09-0753 PJH

11      v.                                      **ORDER GRANTING MOTION FOR
                                                LEAVE TO AMEND THE COMPLAINT**
12   CITY AND COUNTY OF SAN                     **IN PART, AND DENYING IT IN PART;**
     FRANCISCO, et al.,                         **ORDER VACATING TRIAL AND**
13                                              **PRETRIAL CONFERENCE DATES**
          Defendants.
14   _____/

15          Plaintiff's motion for leave to amend the complaint, request for modification of case

16   management and pretrial order, and motion for additional discovery; and defendants'

17   motion for extension of time to file summary judgment motion, came on for hearing before

18   this court on September 1, 2010.  Plaintiff appeared by his counsel Matthew Witteman, and

19   defendants appeared by their counsel Donald Margolis and Meghan Higgins.  Having read

20   the parties' papers and carefully considered their arguments, and good cause appearing,

21   the court hereby GRANTS the motions IN PART, and DENIES them IN PART as follows for

22   the reasons stated at the hearing.

23          Plaintiff's motion for leave to amend the complaint is GRANTED as to the addition of

24   defendants Terence Durkan, James Dolly, Catherine Groody, George Ramos, and Michael

25   Jones, and is DENIED as to David Wong, Stephanie Long, and Arthur Jang.  Plaintiff's

26   request for modification of the case management and pretrial order is GRANTED in

27   accordance with this order.

28          The amended complaint shall be filed no later than September 23, 2010.  The

United States District Court

For the Northern District of California

1  amended complaint shall also reflect plaintiff's June 11, 2010 dismissal of the claims for

2  infliction of emotional distress; plaintiff's August 11, 2010 dismissal of the claims asserted

3  against defendants Heather Fong, Michael Hennessey, and Kamala Harris in their

4  individual capacities; and plaintiff's August 18, 2010 dismissal of "any and all independent

5  claims for conditions of confinement and/or failure to provide medical care that may be

6  found in plaintiff's complaint."

7        Plaintiff's motion for additional discovery is DENIED, as an improper attempt to

8  evade Judge Spero's August 9, 2010 ruling, to which plaintiff failed to file objections within

9  the time required under 28 U.S.C. § 636(b)(1).

10       Defendants' motion for extension of time to file summary judgment motion is

11  GRANTED, to the extent that the court has VACATED the prior deadline for filing

12  dispositive motions.  The date for filing dispositive motions will be set after the pleadings

13  are settled.  Any additional discovery permitted after the complaint is amended will be

14  determined after any motion to dismiss is decided.

15       Defendants' responsive pleading or motion to dismiss shall be filed no later than

16  October 14, 2010.  The dates for the pretrial conference and the trial are VACATED.

17

18  **IT IS SO ORDERED.**

19  Dated: September 9, 2010

20  _____
    PHYLLIS J. HAMILTON
    United States District Judge

21

22

23

24

25

26

27

28

2