**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT VON MERTA,                                    No. C-09-0753-PJH (DMR)

       Plaintiff,                                   **ORDER RE PERSONAL ATTENDANCE
AT SETTLEMENT CONFERENCE**

   v.

CITY AND COUNTY OF SAN FRANCISCO,
et al.,

       Defendants.
_____/

     Per the Notice of Settlement Conference and Settlement Conference Order dated September 3, 2010, a settlement conference in this matter is scheduled for **September 20, 2010, at 1:00 p.m.** before the undersigned.  The Court is in receipt of Defendants' written request, to which Plaintiff does not object, to excuse the Assistant District Attorney, Rick Forman, from personally attending the September 20 settlement conference.  The Court grants this request.  However, per the Court's September 3 order, each personal representative attending the settlement conference must have full authority to make the final decision as to whether any settlement offer is made, accepted, or rejected.

     IT IS SO ORDERED.

Dated:  September 14, 2010

_____
DONNA M. RYU
United States Magistrate Judge